UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 08-0931 AG (RNBx) | Date | October 29, 2008 |
|---|---|---|---|
| Title | PAUL JANOSSY v. WASHINGTON MUTUAL BANK | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **[IN CHAMBERS] ORDER TO SHOW CAUSE THAT SERVICE WAS PROPER**

Plaintiff filed a Complaint in this case on August 19, 2008. On September 2, 2008, Plaintiff filed a Proof of Service, claiming that Defendant Washington Mutual Bank was served on August 20, 2008. It appears, however, that Plaintiff simply mailed the Complaint to the customer service address for Washington Mutual's Home Loans Department and *not* to Washington Mutual's registered agent for process. Washington Mutual Bank has not yet responded.

A hearing on Plaintiff's Motion for Summary Judgment is currently scheduled for Monday, November 3, 2008 at 10:00 am. Because it appears that service was improperly filed and Defendant Washington Mutual Bank has not had the opportunity to respond, the hearing on the Motion for Summary Judgment is VACATED.

Plaintiff is ORDERED to show cause at a hearing on Monday, November 3, 2008, at 10:00 am, that service on Washington Mutual Bank was proper.

|  | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |